### Joseph S. Richardson's Appeal.

Where a school district, at its annual meeting, decides to elect for the ensuing year, and elects, but one trustee, who accepts his appointment, it cannot, at a subsequent adjourned meeting, rescind the vote, and appoint two other trustees; the trusteeship having been duly filled by an election, and no vacancy having occurred from any of the causes named in ch. 61, sect. 5, of the Revised Statutes.

Appeal from the vote of School District No. 2, of the town of Cranston, passed at a meeting held May 7, 1859.

From the statement of the commissioner presented to the chief justice for his decision, it appeared, that at the annual meeting of School District No. 2, in the town of Cranston, held April 30, 1859, it was voted that one trustee be appointed for the ensuing year; that Joseph S. Richardson was thereupon duly elected trustee; and that, at a subsequent adjourned meeting,—held on the 7th day of May, 1859,—the district rescinded the vote passed at the previous meeting by which they had resolved to appoint but one trustee for the ensuing year, and appointed two other persons co-trustees with Mr. Richardson. From this vote Richardson appealed to the commissioner; who, at request, after hearing, presented, as above, this statement of facts for decision.

Ames, C. J. My decision is, that the vote and proceedings of the district at their meeting held May 7, 1859, are void.

At the annual meeting, the district could elect one trustee or three trustees, as they might decide. They decided to elect and did elect but one,—Mr. Richardson. There was thus an election at the annual meeting, and the trusteeship of the district was full, according to the authorized decision of the district. There was, therefore, no election of trustee to be made at any subsequent meeting.

As no vacancy in the office has occurred from any of the causes named in ch. 61, sect. 5, of the Revised Statutes, there was none for the district to fill, at their adjourned meeting of May 7, 1859. Mr. Richardson is, therefore, the sole trustee of School District No. 2, of the town of Cranston, for the year ensuing his election.